STATEWIDE GRIEVANCE COMMITTEE *v.*
NANCY BURTON

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 523 (AC 25284), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had subject matter jurisdiction over the plaintiff's presentment complaint?"

The Supreme Court docket number is SC 17510.

*Nancy Burton,* pro se, in support of the petition.

*Michael P. Bowler,* statewide bar counsel, in opposition.

Decided September 28, 2005

BRUCE BOLES *v.* COMMISSIONER OF CORRECTION

The petitioner Bruce Boles' petition for certification for appeal from the Appellate Court, 89 Conn. App. 596 (AC 24369), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided September 28, 2005